**CITY OF INDEPENDENCE, Missouri, Respondent,**

v.

**Elwyn CADY, Jr., Appellant.**

**No. WD 61310.**

Missouri Court of Appeals, Western District.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Application for Transfer Denied Aug. 26, 2003.

Elwyn L. Cady, Independence, MO, pro se.

Collin A. Dietiker, Independence, MO, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Elwyn Cady, Jr. appeals the circuit court's judgment finding him guilty of violating a weed ordinance in the City of Independence. For reasons stated in the

Memorandum provided to the parties, we affirm.   Rule 30.25(b).